IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ASHAWAN W. BANNISTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CHATHAM COUNTY SHERIFF DEPARTMENT and SUMMITT FOOD SERVICE,<br><br>    Defendant. | CIVIL ACTION NO.: 4:19-cv-266 |

# O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's September 4, 2020, Report and Recommendation, (doc. 7), to which Plaintiff has not filed objections.  Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 7).  As a result, plaintiff's complaint is **DISMISSED**.  The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 19th day of October, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA